**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2115**

MFR COMPANY, L.C.,

                    Plaintiff – Appellant,

          v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
Fremont 2003-1, Asset-Backed Certificate, Series 2003-1;
OCWEN LOAN SERVICING, LLC; SUSAN BRASSFIELD-HAUSENFLECK,
a/k/a Susan Brassfield; MICHAEL HAUSENFLECK; TRUSTEE
SERVICES OF VIRGINIA, LLC,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:15-cv-00407-CMH-IDD)

Submitted:  July 21, 2016            Decided:  September 8, 2016

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher J. Williams, VOGELMAN, TURNER, & WRIGHT, P.C.,
Alexandria, Virginia, for Appellant. Maryia Y. Jones, John C.
Lynch, Jason E. Manning, Andrew B. Pittman, TROUTMAN SANDERS,
LLP, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellant, MFR Company, L.C., appeals the district court's order granting the Appellees' motion to dismiss the complaint and denying MFR's motion to remand the case to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. MFR Co., L.C. v. Deutsche Bank Nat'l Trust, No. 1:15-cv-00407-CMH-IDD (E.D. Va. Aug. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED